UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Jane Doe,** ) | |
|     **Plaintiff** ) | |
| **v.** ) | Civil No. 1:25-cv-00170-TSM |
| ) | |
| **Russell Holden and** ) | |
| **Shaker Regional School District** ) | Jury Trial Demanded |
|     **Defendants** ) | |

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for Defendant **Russell Holden.**

Respectfully submitted,

**RUSSELL HOLDEN**

By His Attorneys,

**Gallagher, Callahan & Gartrell, P.C.**

Dated: May 14, 2025        By: /s/ Keelan B. Forey
    Keelan B. Forey, Esq. (#272933)
    214 North Main Street
    Concord, NH  03301
    (603) 228-1181
    forey@gcglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this date to all parties/counsel of record via the Court's electronic filing system.

Dated: May 14, 2025        By: /s/ Keelan B. Forey
    Keelan B. Forey, Esq. (#272933)