**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| **Jane Doe,** ) | |
|         **Plaintiff** ) | |
| **v.** ) | Civil No. 1:25-cv-00170-TSM |
| ) | |
| **Russell Holden and** ) | |
| **Shaker Regional School District** ) | Jury Trial Demanded |
|         **Defendants** ) | |

## NOTICE OF APPEARANCE

Please enter my Appearance as counsel for Defendant **Russell Holden.**

    Respectfully submitted,

    **RUSSELL HOLDEN**

    By His Attorneys,

    **Gallagher, Callahan & Gartrell, P.C.**

Dated: May 14, 2025    By: /s/ Matthew V. Burrows
    Matthew V. Burrows, Esq. (#20914)
    214 North Main Street
    Concord, NH 03301
    (603) 545-3643
    burrows@gcglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this date to all parties/counsel of record via the Court's electronic filing system.

Dated: May 14, 2025    By: /s/ Matthew V. Burrows
    Matthew V. Burrows, Esq. (#20914)